UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SURRINDER ARORA,

        Plaintiff,                          No. 12-13773

v.                                      District Judge Stephen J. Murphy III
                                         Magistrate Judge R. Steven Whalen

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

        Defendant.
_____/

## ORDER

Plaintiff's Request not to Schedule Hearing in August, 2013 [Doc. #22] is DENIED AS MOOT. The Court does not intend to schedule any hearings during that time.

The Court has entered an Order granting Defendant's Motion to Strike Plaintiff's Amended Complaint. Plaintiff filed a timely response to the Defendant's motion. Plaintiff's 14 days to file objections to the Order would not run until September 3, 2013. Moreover, while an extension of time is not guaranteed as a matter of right, Plaintiff may request additional time to file objections owing to her absence if she believes an extension is necessary.

       IT IS SO ORDERED.

Dated: August 19, 2013                 s/ R. Steven Whalen
                                         R. STEVEN WHALEN
                                         UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on August 19, 2013, electronically and/or by US mail.

                                             s/Michael Williams
                                             Case Manager to the
                                             Honorable r. Steven Whalen