UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SURRINDER ARORA,

    Plaintiff,                                 No. 12-13773

v.                                        District Judge Stephen J. Murphy III
                                           Magistrate Judge R. Steven Whalen

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.
_____/

## ORDER

      Pursuant to the stipulation of the parties, the time for filing motions for discovery is extended to October 18, 2013.

      IT IS SO ORDERED.


Dated: August 19, 2013                s/ R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on August 19, 2013, electronically and/or by U.S. Mail.

                                            s/Michael Williams
                                            Relief Case Manager for the
                                            Honorable R. Steven Whalen